# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
_____ Division

**CIVIL RIGHTS COMPLAINT FORM** 6:14-cv-2059-ORL 31 KRS

Tavares L. Farrington

CASE NUMBER: _____

(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and Prison number, if applicable)

v.

C/O Sargeant Butner
C/O White Jr.
Nurse Robinson

PROVIDED TO TOMOKA CI
ON 12/11/14
FOR MAILING BY ___

FILED 2014 DEC 17 AM 11:58
US DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** Tomoka Correctional Institution,
(Indicate the name and location)
3950 Tiger Bay Road, Daytona Beach, Florida 32124

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:**

1

FD-0008B (Revised 5/21/13)

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:
   Plaintiff(s): ∅

   Defendant(s): ∅

2. Court (if federal court, name the district; if state court, name the county): ∅

3. Docket Number: ∅
4. Name of judge: ∅
5. Briefly describe the facts and basis of the lawsuit: ∅

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): ∅

7. Approximate filing date: ∅
8. Approximate disposition date: ∅

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and the disposition of each case: ∅

FD-0008B (Revised 5/21/13)

IV. **PARTIES:** In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Tavares L. Farrington DC# W07962
   Mailing address: Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, Florida 32124

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: C/O Sargeant Butner
   Mailing Address: Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, Florida 32124
   Position: C/O Sargeant
   Employed at: Tomoka Correctional Institution

D. Defendant: C/O White Jr.
   Mailing Address: Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, Florida 32124
   Position: Officer

E. Defendant: Nurse Robinson
   Mailing Address: Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, Florida 32124
   Position: Nurse
   Employed at: Tomoka Correctional Institution

F. Defendant: _____
   Mailing Address: _____
   Position: _____

G. Defendant: _____

FD-0008B (Revised 5/21/13)

Mailing Address:_____

_____

Position:_____

Employed at:_____

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same incident or issue must be addressed in a separate Civil Rights Form.**

1.) C/O Sargeant Butner violated plaintiff's Constitutional Right of the 8th Amendment by physically beating plaintiff or by using excessive force.

2.) C/O White Jr. violated plaintiff's Constitutional Rights of the 8th Amendment by physically beating plaintiff or using excessive force.

3.) Nurse Robinson violated plaintiff's Constitutional Rights of the 8th Amendment by denying plaintiff adequate medical care for his serious medical needs.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

(1.) The defendants are: 1) Sargeant Butner, 2) C/O White Jr., 3) Nurse Robinson

(2.) The date this incident acured was November 17, 2014

(3.) The place this incident acured was Tomoka Correctional

4

Institution.

(4.) Facts and events are as follows: On November 17, 2014 I was placed in an unsanitary cell Y-2114(S)(single) at approximately 10:45 a.m. Upon being placed in the cell, I asked Sargeant Butner and Officer White Jr. why wasn't the cell properly sanitized before I was placed in the cell. Both Sargeant Butner and Officer White Jr. looked at me and shrugged their shoulders then secured the cell door. Then Officer White Jr. stated, "We got something to sanitize the cell with, just wait a minute." He then closed the cell chow flap without removing the hand cuffs from my wrist. Both Sargeant Butner and Officer White Jr. walked away from the cell door, leaving the hand cuffs on my hands and wrist. Approximately 5 minutes later both Sargeant Butner and Officer White Jr. returned back at the cell front of my door and asked me, "Are you ready to be sanitized yet." At that statement I asked that the O.I.C. be called so I could have the opportunity to receive a clean and sanitized placement. Sargeant Butner then stated, "Fuck you, you little peice of shit, you dont run shit around here, I do." Sargeant Butner then called over his walkie talkie to the officer in the booth of Y-Dormitory control to roll my cell door. Once the cell door was open Sargeant Butner charged into the cell and aggressively grabbed me around the back of the neck, while I was standing next to the toilet area in the cell, and rammed the

5

right side of my head into the concrete wall of the cell." I remind you that I was already hand cuffed behind my back, Sargeant Butner then grabbed my left leg and around my left arm and picked me up off of the ground and slammed me down into the concrete floor, instantly injurying the right side of my face, neck and head causing me to feel severe pain in these areas. Officer White Jr. then entered the cell and kicked me in the right side of my rib cage, then Officer White Jr. took his foot and stepped on my right leg behind my knee area with his full weight, causing intense pain to travel up my right side, in which the pain was so severe to where tears came with my pleas. Sargeant Butner then stated in my ear, "Is it sanitized enough for you, you little peice of shit, hah nigger." While stating this comment Sargeant grabbed the hand cuffs that were on my wrist and twisted them to inflict severe pain to my wrist. Sargeant Butner then put his left knee into the center of my back along the spinal area, then he hit me in the back of my head around the middle of the top section of my schull, sending shock through my head that was so severe it caused my vision to blur from the intencity of the pain. Sargeant Butner then twisted the hand cuffs again while placing his other hand on my left elbow causing severe pain to travel up my arm as my shoulder popped from the strain, once again maliciously and sadistically inflicting me with severe bodily harm. I cried out for both the officer and the sargeant to stop their assualt to the top of my lungs, as the weight placed on my back along my spine

6

by Sargeant Butner, rendered me helpless to such severe pain. I told both Sargeant Butner and Officer White Jr. that I don't care if the cell was sanitized or not just as long as they stop beating on me. Sargeant Butner then stated, "You're done now hah you little peice of shit, can't nobody help you now." After stating that comment Sargeant Butner slapped me on the left side of my face, causing the severe pain to intensify to where dizziness over came and I vomited. This malicious and sadistic abuse and humiliation I received without resistence. Sargeant Butner then told Officer White Jr. to call Captain Coy, in which was the shift superviser, to come to Y-Dormitory. In this process I tried to tell Sargeant Butner that my whole right side was in severe pain and felt as though I'm on fire and that I couldn't feel my toes. "Shut the fuck up," was the only response I received. Captain Coy arrived with the use of force camera to record further movements of the incident. I tried to move my right foot and then my left foot to no avail. I felt a naimness in my toes and lms but also severe pain due to being slammed on my head and neck. Possibly from spinal injury. Once again I tried to move but a shocking severe pain travel from the base of my neck down to my tail bone, causing more tears to flow as I pled for help. The officers drug me out of the cell out into the hallway of (Y-2) side (which is termed Y-West). The Captain gave the camera to Officer White Jr. and told him to film the current movements, then ordered Sargeant Butner to call for medical assistence. After about 5 to 10 minutes Medical/Corizon employee Nurse Robinson arrived. Upon arr-

7

ing Nurse Robinson asked me could I walk. I told her no. Nurse Robinson then asked for the wheelchair to be used for my transportation. Captain Coy and Officer Burtch then lifted me off the ground and into the wheelchair. I then addressed the camera and Captain Coy expressing that the pain was so severe that I couldn't properly sit on my right side, then Nurse Robinson aggressively adjusted my feet on the wheelchair. After being adjusted as sufficient as my condition would allow, I was wheeled into Y-dormitories counseling room and not into medical triage as properly done. After entering the counseling room Captain Coy and Officer White Jr. stepped out taking the camera from out the room, then stepped in Officer Burtch. Once the door to the room was closed and we were out of the audio reach of the camera, Nurse Robinson demeanor changed, she looked at me gravely and stated, "Why are you faking, ain't nothing wrong with you." I then pointed out verbally my head and facial injuries that were clearly noticeable, also the cuts around my knee cap that were bleeding along with my wrist, along with a swollen ankle. I also pointed out that my whole right side felt like it was on fire and numb at the same time and that the pain was so severe that it hurt just to talk to her. Nurse Robinson then looked over at Officer Burtch (the officer who was in Y-dorm booth when Officer White Jr. and Sargent Butner had my door rolled) and asked him does he see anything, he then stated while smiling up at her, "I don't see a thing". Nurse Robinson then looked back at me and stated, "I don't see anything wrong with you." I

8

then told her that I felt a sharp pain in the right side of my back, along my spinal cord, starting at the base of my neck area down to my tail bone. I tried to explain the whole situation of my severe medical need to her to no avail. Nurse Robinson just looked at me with a smug facial expression and stated, "It doesn't matter what you're saying because I don't see nothing wrong with you." Nurse Robinson then told the officer she was finished with me, as Officer Burtch began to wheel me out, Nurse Robinson told Officer Burtch to tell Sargeant Butner to come see her later. Nurse Robinson deliberately refused to give me ~~[illegible]~~ adequate medical attention, showing indifference to my severe medical needs. I was wheeled to another secluded cell in Y-Dormatory (Y-1606)), where Captain Coy allowed the officers to aggressively take me out of the wheel chair and place me on the cell floor. During the rest of the shift I begged Sargeant Butner and Officer White Jr. to provide me with medical emergency treatment, in which they both denied me. When I move a certen way my body would spasm in intense pain. It wasn't until shift change that I received help from another officer by the name White, who escorted me to medical triage, where I received sufficient medical treatment for immediate medical needs. It was then found out that there wasn't any post use of force report submitted into my medical file by Nurse Robinson verifying all the injuries I received or administered by Officer White Jr. and Sargeant Butner.

(5). I currently suffer headache's from being slammed on

My head, I suffer severe back pains and also a sharp pain from the base of my neck down to my tail bone, where it feels as though a million needles are constantly stabbing me. My right knee also is severely injured to where it hurt to stand up properly. I also suffer mentally due to constantly thinking that these officers are going to come back and maliciously kill me, like other officers have done so many helpless inmates.

VII. <u>RELIEF REQUESTED:</u> State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

1) Plaintiff seek relief in compensatory damages, monetary damages, punitive damages against all defendants in the amount of $100,000 dollars Moneys in their individual capacity of ~~[redacted]~~

2) Injunctive relief to terminate the employment of all defendants within D.O.C and Corizon Establishment

3) Plaintiff demand a jury trial

4) Injunctive relief to receive adequate medical treatment to severe medical needs, M.R.I. and surgical if necessary.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 11 day of December, 2014.

*[signature]*

(Signature of all Plaintiffs)

FD-0008B (Revised 5/21/13)

11

## IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): [✓] delivered to prison officials for mailing or [ ] deposited in the prison's internal mail on:

this __11__ day of __DECEMBER__, 20__14__.

## TO BE DELIVERED TO:

| Court Copies | Sent | Copies Sent |
|---|---|---|
| **Bryan Simpson United States Courthouse**<br>300 North Hogan Street, Suite 9-150<br>Jacksonville, Florida 32202 | [ ] | |
| **Golden-Collum Memorial Federal Building<br>& United States Courthouse**<br>207 N.W. Second Street<br>Ocala, Florida 34475 | [ ] | |
| **United States Courthouse**<br>401 West Central Blvd., Suite 1200<br>Orlando, Florida 32801-0120 | [✓] | One Copy |
| **Sam M. Gibbons United States Courthouse**<br>801 North Florida Ave.<br>Tampa, Florida 33602 | [ ] | |
| **U S Courthouse & Federal Building**<br>2110 First Street<br>Ft. Myers, Florida 33901 | [ ] | |

| Defendants Copies | Sent | Copies Sent |
|---|---|---|
| _____ | [ ] | _____ |
| _____ | | |
| _____ | | |
| _____ | | |
| _____ | [ ] | _____ |
| _____ | | |

_____
(Signature of all Plaintiffs)

12

FD-0008B (Revised 5/21/13)